AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| United States of America | ) | |
| v. | ) | Case No.   18-CR-6124-EAW |
| MICHAEL GALJOUR | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

*FILED AUG 29 2018 MARY C. LOEWENGUTH, CLERK WESTERN DISTRICT OF NY*

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 8/29/2018

*Defendant's signature*

*Signature of defendant's attorney*

GARY MULDOON, ESQ.
*Printed name of defendant's attorney*

*Judge's signature*

Hon Elizabeth A. Wolford, U.S. District Judge
*Judge's printed name and title*