IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

MICHAEL GALJOUR,

        Defendant.

---

18-CR- 6124



## INFORMATION PURSUANT TO 21 U.S.C. § 851

**PLEASE TAKE NOTICE** that, upon the defendant's conviction of a violation of Title 21 of the United States Code, Section 846 providing for increased punishment in the event of one or more prior final convictions for a felony drug offense, the United States intends to rely upon the defendant's prior felony conviction for Manufacturing/Delivery of a Controlled Substance, Court Case Number 098251601010, from on or about August 9, 2004, in 208th District Court, Houston, Texas, as the basis for the imposition of such increased punishment.

DATED: Rochester, New York, August 29, 2018.

                JAMES P. KENNEDY, JR.
                United States Attorney

BY:     *[signature]*
                CHARLES E. MOYNIHAN
                Assistant United States Attorney
                United States Attorney's Office
                Western District of New York
                500 Federal Building
                100 State Street
                Rochester, New York 14614
                (585) 399-3971
                Charles.moynihan@usdoj.gov

To:  Gary Muldoon, Esq.