IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-vs-

MICHAEL GALJOUR,

           Defendant.

18-CR-6124-EAW

**INFORMATION**
(Felony)

**Violation:**
21 U.S.C. § 846

(1 count)

---

### COUNT 1

**(Narcotics Conspiracy)**

**The United States Attorney Charges That:**

Between on or about July 15, 2016, and on or about December 7, 2016, in the Western District of New York, and elsewhere, the defendant, **MICHAEL GALJOUR**, did knowingly, willfully and unlawfully combine, conspire and agree with others, known and unknown to the United States Attorney, to commit the following offenses, that is, to possess with intent to distribute, and to distribute, 50 grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

**All in violation of Title 21, United States Code, Sections 846.**

DATED: Rochester, New York, August 29, 2018.

JAMES P. KENNEDY, JR.
United States Attorney

By: /s/ Charles E. Moynihan
CHARLES E. MOYNIHAN
Assistant United States Attorney
United States Attorney's Office
Western District of New York
100 State Street, Suite 500
Rochester, New York 14614
(585) 399-3971
Charles.Moynihan@usdoj.gov
