UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

MICHAEL GALJOUR,

        Defendant

---

**SENTENCING GUIDELINE ORDER**

Case No. 18-cr-6124-EAW

| | |
|---|---|
| ASSISTANT U.S. ATTORNEY | Charles E. Moynihan |
| DEFENSE ATTORNEY | Gary Muldoon |
| INTERPRETER (YES OR NO) | No |
| DATE OF PLEA | August 29, 2018 |
| SENTENCING DATE | December 6, 2018 @ 3:00 p.m. |
| INITIAL PSR DUE | November 1, 2018 (35 DAYS PRIOR TO SENTENCING) |
| OBJECTIONS (IF ANY), AND MOTIONS (IF ANY) DUE **(IF THERE ARE NO OBJECTIONS, COUNSEL ARE DIRECTED TO FILE A STATEMENT INDICATING THIS)** | November 15, 2018 (14 DAYS AFTER RECEIPT OF THE PSR) |
| RESPONSES TO ANY OBJECTIONS OR MOTIONS DUE | November 26, 2018 (14 DAYS PRIOR TO SENTENCING) |

- 1 -

| | |
|---|---|
| LETTERS AND SENTENCING STATEMENTS DUE | November 26, 2018<br>(10 DAYS PRIOR TO SENTENCING) |
| FINAL PSR DUE | November 29, 2018<br>(7 DAYS PRIOR TO SENTENCING) |

*The deadlines set forth above are based on the sentencing date originally set by the Court. If the Court grants an adjournment of the sentencing date, the parties are obligated to calculate the new deadlines for submission based on any adjourned sentencing date. In other words, whatever the sentencing date, the general time requirements set forth above apply.*

**SUBMISSIONS NOT IN COMPLIANCE WITH THIS ORDER WILL NOT BE CONSIDERED.**

NOTE:  MOTIONS FOR EXTENSION OF TIME ARE DUE TWO (2) BUSINESS DAYS PRIOR TO ANY DEADLINE, **EXCEPT ANY REQUEST TO ADJOURN THE SENTENCING DATE MUST BE MADE ONE WEEK IN ADVANCE OF THE SENTENCING DATE.**

SO ORDERED.

Dated:  September 6, 2018
        Rochester, New York

_____
Elizabeth A. Wolford
United States District Judge